# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | |
|---|---|
| CELESTE B. DELFIN, ) | |
| ) | C.A. No: 4:20-cv-03651-RBH-TER |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **SECOND AMENDED CONFERENCE** |
| GRANDEUR MANAGEMENT, INC. ) | **AND SCHEDULING ORDER** |
| and RAJA I. YOUNAS, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this District, the court hereby establishes the following remaining schedule for this case.

6. <u>Defendants' Expert Disclosures:</u> Defendant(s) shall file and serve a document identifying by full name, address, and telephone number each person whom Defendant(s) expects to call as an expert at trial and certifying that a written report prepared and signed by the expert pursuant to Fed. R. Civ. P. 26(a)(2)(B) or, where allowed, a report prepared by counsel has been disclosed to the other parties by <u>May 3, 2023</u>.

7. Counsel shall file and serve affidavits of records custodian witnesses proposed to be presented by affidavit at trial no later than <u>May 3, 2023</u>. Objections to such affidavits must be made within fourteen (14) days after the service of the disclosure. *See* Fed.R.Evid. 803(6), 902(11), or 902(12) and Local Civil Rule 16.02(D)(3).

8. <u>Discovery</u>: Discovery shall be completed no later than <u>June 30, 2023</u>. All discovery requests shall be served in time for the responses thereto to be served by this date. De bene esse depositions must be completed by the discovery deadline. **No motions relating to discovery shall be filed until counsel have consulted and attempted to resolve the matter as required by Local Civil Rule 7.02 (D.S.C.) and have had a telephone conference with Judge Rogers in an attempt to resolve the matter informally.**

9. <u>Motions</u>: All dispositive motions, *Daubert* motions, and all other motions, except those to complete discovery, those nonwaivable motions made pursuant to Fed. R. Civ. P. 12, and those relating to the admissibility of evidence at trial (other than *Daubert* motions), shall be filed on or before <u>July 14, 2023</u>.

10. <u>Mediation</u>: Mediation shall be completed in this case on or before <u>August 11, 2023</u>. *See* Standing Order to Conduct Mediation, which sets forth mediation requirements and is

found on the court's website under Judge Harwell's form (http://www.scd.uscourts.gov). At least **thirty (30) days prior to this mediation deadline**, counsel for each party shall file and serve a statement certifying that counsel has: (1) provided the party with a copy of Standing Order to Conduct Mediation; (2) discussed the availability of mediation with the party; and (3) discussed the advisability and timing of mediation with opposing counsel.

11. Pretrial Disclosures: No later than August 25, 2023 the parties shall file and exchange Fed. R. Civ. P. 26(a)(3) pretrial disclosures. Within 14 days thereafter, a party shall file and exchange Fed. R. Civ. P. 26(a)(3) objections, any objections to use of a deposition designated by another party, and any deposition counter-designations under Fed. R. Civ. P. 32(a)(6).

12. Motions in limine must be filed at least three weeks prior to September 26, 2023.

13. Parties shall furnish the Court pretrial briefs seven (7) days prior to the date set for jury selection (Local Civil Rule 26.05).1Attorneys shall meet at least seven (7) days prior to the date set for submission of pretrial briefs for the purpose of exchanging and marking all exhibits. See Local Civil Rule 26.07.(Attorneys are reminded to view the Court's instructions online regarding verdict forms, jury instructions, deposition designations, etc. that may be applicable to their case.)

14. Trial: This case is subject to being called for jury selections and/or trial on or after September 26, 2023.

The parties' attention is specifically directed to Local Civil Rule 5.03 (D.S.C.) regarding the filing of confidential material. The parties' attention is also directed to the court's website regarding instructions or other orders that may be applicable to your case.

 s/Thomas E. Rogers, III  
United States Magistrate Judge

Dated: March 15, 2023  
Florence, South Carolina

2